RECEIVED

MAY 1 4 2008

AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In the Matter of: : MISCELLANEOUS NUMBER: 98-60 (AMW)

DANIEL E. ABRAMS : ORDER OF RE-ASSIGNMENT

It is, on this 13th day of May, 2008

ORDERED that the above-entitled action is reassigned from Judge Alfred M. Wolin to Judge Joel A. Pisano.

GARRETT E. BROWN, JR.
CHIEF JUDGE