UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

RECEIVED
JUN 23 2008
AT 8:55
WILLIAM T. WALSH
CLERK

| | | |
|---|---|---|
| In the Matter of | : | |
| DANIEL E. ABRAMS | : | Misc. 98-60 (JAP) |
| An Attorney-at-Law | : | O R D E R |

It appearing by Order of the Supreme Court of New Jersey that DANIEL E. ABRAMS was temporarily suspended from the practice of law for two concurrent one-year periods, effective immediately, and until further order of the court;

It is on this 20th, day of JUNE, 2008,

ORDERED that DANIEL E. ABRAMS be and he hereby is temporarily suspended from the practice of law before this Court for two concurrent one-year periods and until further Order of the Court; and

It is further ORDERED that be and hereby is restrained and enjoined from the practice of law before this Court during the period of suspension.

GARRETT E. BROWN, JR.
Chief Judge